UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICHOLAS BECK KNUDSEN,

    Plaintiff,

v.                                              Case No. 3:22cv5521-LC-HTC

ESCAMBIA BOARD OF COUNTY COMMISSIONERS,
LICENSED PRACTICAL NURSE ROLANDO A FINDLAYTER,
CHIEF CORRECTIONAL OFFICER WILLIAM POWELL,
LIEUTENANT JERRY CHAMPION,

    Defendants.
_____/

# **ORDER**

The magistrate judge issued a Report and Recommendation on July 19, 2022, (ECF No. 10), recommending dismissal based on Plaintiff's failure to prosecute, failure to comply with a Court order, and failure to keep the Court apprised of his address. Efforts have been made to furnish Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable and unable to forward. No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Case No. 3:22cv5521-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute, failure to comply with a Court order, and failure to keep the Court apprised of his address.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 17th day of August, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv5521-LC-HTC